DANIEL LOEWINGER v. HOWARD L. GASPIN ET AL.

[No. 67, September Term, 1980.]

*Decided February 12, 1981.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Michael E. Brand* for appellant.

No brief filed for appellees.

## O R·D E R

The petition for writ of certiorari having been granted and heard, it is this 12th day of February, 1981

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.